# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

ANGELIA LILLY, Individually and on behalf of others similarly situated,

     Plaintiff

v.

CHEYENNE MEDICAL LLC, d/b/a THRIVE CANNABIS MARKETPLACE,

     Defendant

Case No.: 2:20-cv-01051-APG-BNW

**Order Staying Case**

[ECF No. 14]

Defendant Cheyenne Medical LLC moves to stay this case pending a decision from the Supreme Court of the United States in the case of *Facebook, Inc. v. Duguid*, Sup. Ct. Dkt. 19-511.  Having considered the factors discussed in *Lockyer v. Mirant Corp.*, 398 F.3d 1098 (9th Cir. 2005), I agree that a stay is justified here.  The Supreme Court's decision in *Facebook* should simplify many of the issues in this case (particularly those surrounding whether an Automatic Telephone Dialing System was used), and could be case-dispositive.  The delay should last no longer than June 30, 2021, but the *Facebook* decision likely will come months before then.  This case is in its infancy, this short delay will not inflict much damage on the plaintiff, and the delay may avoid significant and needless discovery resources for the parties and the court.

I THEREFORE ORDER that the defendant's motion for stay **(ECF No. 14) is granted.** This case is stayed until 30 days after the Supreme Court issues its decision in *Facebook, Inc. v.*

*Duguid*.  By that date, but no later than June 30, 2021, the parties shall file a new proposed discovery plan and scheduling order.

DATED this 30th day of November, 2020.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE