Gustavo Ponce, Esq.
Nevada Bar No. 15084
**KAZEROUNI LAW GROUP, APC**
6069 South Fort Apache Road, Suite 100
Las Vegas, Nevada 89148
Telephone: (800) 400-6808
Facsimile:  (800) 520-5523
E-mail: gustavo@kazlg.com

*Attorneys for Plaintiff,*
*ANGELIA LILLY*

# UNITED STATES DISTRICT COURT

## DISTRCIT OF NEVADA

| | |
|---|---|
| Angelia Lilly, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Cheyenne Medical LLC, d/b/a Thrive Cannabis Marketplace,<br><br>Defendant. | **Case No.: 2:20-cv-01051-APG-BNW**<br><br>**Notice of Settlement between Plaintiff and Defendant Cheyenne Medical LLC** |

The dispute between Angelia Lilly ("Plaintiff") and Defendant Cheyenne Medical LLC, d/b/a Thrive Cannabis Marketplace ("Defendant") has been resolved. Plaintiff anticipates filing dismissal documents as to Plaintiff's claims against Defendant with prejudice within 60 days—on or before **July 2, 2021**.

DATED this   3rd   day of May 2021.

                                                          Respectfully submitted,

                                                          **KAZEROUNI LAW GROUP, APC**

                                                          By: /s/ Gustavo Ponce
                                                          GUSTAVO PONCE, ESQ.
                                                          6069 S. FORT APACHE ROAD, SUITE 100
                                                          LAS VEGAS, NV 89148
                                                          *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY pursuant to Rule 5 of the Federal Rules of Civil Procedure that on May 3, 2021, the foregoing Notice of Settlement was filed and served via CM/ECF to all parties appearing in this case.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Gustavo Ponce
GUSTAVO PONCE, ESQ.
6069 S. FORT APACHE ROAD, SUITE 100
LAS VEGAS, NV 89148
*Attorneys for Plaintiff*