Gustavo Ponce, Esq.
Nevada Bar No. 15084
**KAZEROUNI LAW GROUP, APC**
6069 South Fort Apache Road, Suite 100
Las Vegas, Nevada 89148
Telephone: (800) 400-6808
Facsimile: (800) 520-5523
E-mail: gustavo@kazlg.com

*Attorneys for Plaintiff,*
*ANGELIA LILLY*

# UNITED STATES DISTRICT COURT

# DISTRCIT OF NEVADA

| | |
|---|---|
| Angelia Lilly, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Cheyenne Medical LLC, d/b/a Thrive Cannabis Marketplace,<br><br>Defendant. | **Case No.: 2:20-cv-01051-APG-BNW**<br><br>**Notice of Settlement between Plaintiff and Defendant Cheyenne Medical LLC** |

The dispute between Angelia Lilly ("Plaintiff") and Defendant Cheyenne Medical LLC, d/b/a Thrive Cannabis Marketplace ("Defendant") has been resolved. Plaintiff anticipates filing dismissal documents as to Plaintiff's claims against Defendant with prejudice within 60 days—on or before **July 2, 2021**.

DATED this   3rd   day of May 2021.

    Respectfully submitted,

    **KAZEROUNI LAW GROUP, APC**

    By: /s/ Gustavo Ponce_____
    GUSTAVO PONCE, ESQ.
    6069 S. FORT APACHE ROAD, SUITE 100
    LAS VEGAS, NV 89148
    *Attorneys for Plaintiff*

## ORDER

Based on the parties' notice of settlement, IT IS ORDERED that by July 2, 2021, the parties must file either dismissal documents or a joint status report concerning the status of settlement.

**IT IS SO ORDERED**

**DATED:** 6:14 pm, May 07, 2021

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**