PUOY K. PREMSRIRUT, ESQ.
Nevada Bar No. 7141
**PUOY K. PREMSRIRUT, ESQ., INC.**
520 S. Fourth Street, Second Floor
Las Vegas, NV 89101
Telephone:  702.384.5563
Facsimile:  702.385.6965
Email: puoy@brownlawlv.com

NICOLE E. LOVELOCK, ESQ.
Nevada State Bar No. 11187
MARTA D. KURSHUMOVA, ESQ.
Nevada State Bar No. 14728
**JONES LOVELOCK**
6675 S. Tenaya Way, Suite 200
Las Vegas, Nevada 89113
Telephone: (702) 805-8450
Facsimile: (702) 805-8451
Email: nlovelock@joneslovelock.com
Email: mkurshumova@joneslovelock.com

*Attorneys for Defendant Cheyenne Medical, LLC*
*d/b/a Thrive Cannabis Marketplace*

*(left margin, vertical)* **PUOY K. PREMSRIRUT, ESQ., INC.** 520 South 4th Street | Second Floor Las Vegas, Nevada 89109 Tel: (702) 384-5563  Fax: (702) 385-6965

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| ANGELIA LILLY, Individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CHEYENNE MEDICAL LLC, d/b/a THRIVE CANNABIS MARKETPLACE,<br><br>Defendant. | CASE NO.:  2:20-cv-01051-APG-BNW<br><br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Plaintiff ANGELIA LILLY, by and through her attorneys of record, Gustavo Ponce, Esq. and Yana A. Hart, Esq. of the law firm of KAZEROUNI LAW GROUP, APC, and Defendant CHEYENNE MEDICAL LLC, d/b/a THRIVE CANNABIS MARKETPLACE, by and through its attorneys of record, Puoy K. Premsrirut, Esq. of Puoy K. Premsrirut, Esq., Inc., and Nicole E. Lovelock, Esq. of Jones Lovelock, (collectively referred to as the "Parties") hereby stipulate and agree to the following:

1.   Any and all claims with respect to the above-captioned matter are hereby dismissed with prejudice;

2.   Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Parties respectfully and jointly submit this Stipulation of Dismissal of this action, each party to bear their own fees and costs.

DATED this 13th day of May 2021.

DATED this 13th day of May 2021.

By: /s/   *Nicole E. Lovelock Esq.*
  Nicole E. Lovelock, Esq.
  Marta D. Kurshumova, Esq.
  **JONES LOVELOCK**
  6675 S. Tenaya Way, Suite 200
  Las Vegas, Nevada 89113

  Puoy K. Premsrirut, Esq.
  **PUOY K. PREMSRIRUT, ESQ., INC.**
  520 S. Fourth Street, Second Floor
  Las Vegas, Nevada 89101

  *Attorneys for Defendant Cheyenne Medical, LLC d/b/a Thrive Cannabis Marketplace*

By: /s/   Gustavo Ponce, Esq.
  Gustavo Ponce, Esq.
  **KAZEROUNI LAW GROUP, APC**
  6069 S. Fort Apache Rd., Suite 100
  Las Vegas, Nevada 89148

  Yana A. Hart, Esq.
  **KAZEROUNI LAW GROUP, APC**
  2221 Camino Del Rio South, Suite 101
  San Diego, California 92108

  *Attorneys for Plaintiff Angelia Lilly and the Putative Class*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

  May 14, 2021
_____
DATE

PUOY K. PREMSRIRUT, ESQ., INC.
520 South 4th Street | Second Floor
Las Vegas, Nevada 89109
Tel: (702) 384-5563  Fax: (702) 385-6965

2